**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>FELIPE RAMIREZ, )<br>)<br>*Defendant.* )<br>) | Civil Action No. 1:23-cv-01669 |

## ORDER

This matter is before the Court on Plaintiff the United States of America's Motion for Default Judgment against Defendant Felipe Ramirez ("Defendant"), [Doc. No. 14] (the "Motion"), pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. On July 2, 2024, the Magistrate Judge issued a report with proposed findings of fact and recommendations, [Doc. No. 20] (the "R&R"), recommending that default judgment be entered in favor of Plaintiff and against Defendant for the amount of federal income tax owed by Defendant for tax year 2008 plus penalties and interest, totaling $567,585.70 as of October 30, 2023. *See id.* at 8. No objection was filed objecting to the R&R.

The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it hereby

**ORDERED** that the Motion [Doc. No. 14] be, and the same hereby is, **GRANTED**; and that judgment is entered against Defendant Felipe Ramirez in the amount of $567,585.70, plus any statutory interest from October 30, 2023 until paid.

The Clerk is directed to enter judgment in accordance with this Order in favor of Plaintiff pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record.

Alexandria, Virginia
September 25, 2024

Anthony J. Trenga
United States District Judge